IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>COLORADO FASTENERS AND SPECIALTY TOOLS, INC.,<br><br>Defendant. | Civil Action No. 04-CV-01135 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

617359v1

Dated: August 21, 2006                         THE BAYARD FIRM

                                               _____
                                               Neil B. Glassman (No. 2087)
                                               Ashley B. Stitzer (No. 3891)
                                               Mary E. Augustine (No. 4477)
                                               222 Delaware Avenue, Suite 900
                                               P. O. Box 25130
                                               Wilmington, DE 19899
                                               Telephone:   (302) 655-5000

                                                         - and -

                                               LOWENSTEIN SANDLER PC
                                               Paul Kizel, Esquire
                                               65 Livingston Avenue
                                               Roseland, NJ 07068
                                               Telephone:   (973) 597-2500

                                               Co-Counsel for Perry Mandarino, not Personally,
                                               but as Trustee for the NationsRent Unsecured
                                               Creditor's Liquidating Trust

617359v1                                2