## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Colorado Fasteners and Specialty*
   *Tools, Inc.*
Attn:   President/CEO
34510 Highway 6
Edwards, CO 81632

*Colorado Fasteners and Specialty*
   *Tools, Inc.*
Attn:   Graeme J. Doyle, Registered Agent
34510 Highway 6
P.O. Box 279
Edwards, CO 81632

_____
Mary E. Augustine (No. 4477)

617359v1